No. 1640, Misc. CHASCO v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1641, Misc. WEISS v. BLACKWELL, WARDEN. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 1648, Misc. CASTRO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1649, Misc. MASTERS v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 1650, Misc. QUINN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 1652, Misc. CARBALLO v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Frank S. Hogan* and *Michael R. Juviler* for respondent.

No. 1653, Misc. CARONIA v. DEEGAN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1655, Misc. KAUP v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1656, Misc. BROADUS-BEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1666, Misc. MIXON v. PENN STEVEDORES, INC. C. A. 2d Cir. Certiorari denied. *William Donald Fleck* for respondent.